UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

TRAVELERS PROPERTY CAUSUALTY CO. OF AMERICA, et al.,

Plaintiffs,

v.

BEGLEY CO., et al.

Defendants.

Action No. 5:13-CV-199-JMH

**ORDER**

** ** ** ** **

This matter is before the Court on Motion [DE 45] of Defendant, Chubb Group of Insurance Companies[1], to set aside the default entered by the clerk against it in this action [DE 44]. The Plaintiff has no objection to the motion.

Having carefully considered the parties' positions set forth in the memorandum of support, the Court agrees that the Defendant has demonstrated sufficient good cause for the default to be set aside under Fed. R. Civ. P. 55 (c). *See Dassault Systemes, SA v. Childress*, 663 F.3d 832, 838–89 (6th Cir. 2011) (noting that courts should consider "whether (1) the default was willful, (2) a set-aside would

[1] Defendant alleges that it was incorrectly named in the Complaint. Chubb Group of Insurance Companies should correctly be named as Federal Insurance Company.

prejudice plaintiff, and (3) the alleged defense was meritorious”).

Accordingly, **IT IS ORDERED:**

1) that Defendant’s motion to vacate default judgment [DE 45] be, and the same hereby is, **GRANTED;**

2) that the Clerk’s entry of default judgment [DE 44] be, and the same hereby is, **SET ASIDE;**

3) that Defendant has five (5) days from the date of this Order in which to respond to Plaintiff’s complaint;

4) that, based on Defendant’s statements regarding the proper named entity, the Clerk shall revise the caption of this matter to reflect that Federal Insurance Company is the proper name of the entity previously referred to as “Chubb Group of Insurance Companies.”

This the 26th day of August, 2013.




**Signed By:**
***Joseph M. Hood*** JMH
**Senior U.S. District Judge**