UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>BEGLEY COMPANY, et al.,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:13-cv-199-JMH<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

The parties, by and through their respective counsel, hereby stipulate and agree to the dismissal of all claims, cross-claims and counter-claims between the parties presented in this action, without prejudice, and without interest or costs to any party.  This stipulation is expressly conditioned upon the agreement of the parties that any further litigation between the parties regarding the claims, cross-claims and counter-claims that are the subject of this action shall only be filed before this Court.

Dated:  October 23, 2015                                                  Respectfully submitted,

/s/ Kenneth C. Newa                                  /s/  David A. Calhoun
Kenneth C. Newa                                         David A. Calhoun
PLUNKETT COONEY, P.C.                          Ekundayo Seton
38505 Woodward Avenue , Suite 2000     WYATT, TARRANT & COMBS, LLP
Bloomfield Hills, MI 48304                         500 West Jefferson Street, Suite 2800
248-901-4000                                               Louisville, KY  40202-2898
*Counsel for Plaintiffs*                                 502.589.5235
                                                                    *Counsel for Begley Company and Concord*
/s/ Stephen Ascher                                     *Acquisition Corporation*
Stephen C. Ascher
COHN, BAUGHMAN & MARTIN
333 W. Wacker Drive. Suite 900
Chicago, IL 60606-1284
312-753-6602
*Counsel for Defendant Century Indemnity Company*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al. | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )  Civil Action No. 5:13-cv-199-JMH |
| BEGLEY COMPANY, et al., | )<br>) |
| Defendants. | )<br>) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully apprised in the premises,

IT IS HEREBY ORDERED that all claims, cross-claims and counter-claims between the parties presented in this action are hereby dismissed, without prejudice, and without interest or costs to any party. It is further ordered that, per the stipulation of the parties, any further litigation between the parties regarding the claims, cross-claims and counter-claims that are the subject of this action shall only be filed before this Court.

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

Dated: _____