UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY ) <br> COMPANY OF AMERICA, ET. AL., ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> BEGLEY COMPANY, ET. AL., ) <br>   ) <br>   Defendants. ) <br>   ) | Civil Case No. <br> 5:13-cv-199-JMH <br><br> **ORDER** |

\*\*\*

This matter is before the Court on the Unopposed Motion for Correction of Order of Dismissal of Defendant Begley Company requesting that the Court amend its October 23, 2015 Order dismissing all remaining claims asserted in this action without prejudice. [DE 119]. The Court having reviewed the motion, and being otherwise adequately advised, **IT IS ORDERED**:

(1) that Defendant Begley Company's Unopposed Motion for Correction [DE 119] is **GRANTED;**

(2) that the Court's October 23, 2015 Order [DE 118] is **STRICKEN**;

(2) that all claims in this action are **DISMISSED WITHOUT PREJUDICE**, each party bearing his or its own costs and attorneys' fees associated with this action;

(3) that all pending motions or requests for relief are **DENIED AS MOOT**;

(4) that all deadlines and scheduled proceedings are **CONTINUED GENERALLY**;

(5) that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**; and

(6) that, per the stipulation of the parties, any further litigation between the parties regarding the claims, cross-claims and counter-claims that are the subject of this action shall only be filed before this Court.

This the 29th day of October, 2015.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge